# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 193 WAL 2016

             Respondent          :

                                 :    Petition for Allowance of Appeal from
                                 :    the Order of the Superior Court

             v.                     :

AKANINYENE EFIONG AKAN,         :

             Petitioner           :

## ORDER

**PER CURIAM**

     **AND NOW**, this 13th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.